IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY HARRIS, | No. C 17-6704 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| LIEUTENANT STEVENSON; SERGEANT RAMEY; CORRECTIONAL OFFICER PUCKETT; CORRECTIONAL OFFICER ZAVALAS; NURSE KOFFMAN; NURSE HEI; DOES 1-10; | (ECF Nos. 94, 95) |
| Defendants. | |

Pursuant to the stipulations of the parties (ECF Nos. 94, 95), this case is **DISMISSED.** The clerk shall close the file.

IT IS SO ORDERED.

Dated: February  2 , 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE